# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**

FEB - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

331 Oneida Street Northeast
Washington, D.C.

CASE NUMBER: 0 8 - 0 7 1 - M - 0 1

TO: <u>Special Agent Joshua C. Green</u> and any Authorized Officer of the United States

Affidavit having been made before me by <u>Special Agent Joshua C. Green</u> who has reason to believe that on the premises known as (name, description and or location)

331 ONEIDA STREET NORTHEAST, WASHINGTON, D.C. (This location is described as a multi-story red brick triplex residence located on the south side of Oneida Street Northeast between 3rd Street Northeast and 6th Street Northeast, Washington, D.C. To the immediate right of the front door the residence is marked "331" in dark numbers on a white background. The front door is white in color with a black colored outer security door. Above the front door is a brown and white awning. Directly to the left and attached to the residence is another residence that is marked "333". The front yard has a grey colored chain link fence around it.)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before <u>February 15, 2008</u>
                                                        Date

the place named above for the property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

FEB 0 5 2008 at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>February 8, 2008 | DATE AND TIME WARRANT EXECUTED<br>February 14, 2008  7:25 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Deborah Harris |

INVENTORY MADE IN THE PRESENCE OF   ATF Special Agents Vasaka, Meixner, Smith, Oliver and Green

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. Suspected drug packaging material and paraphernalia
2. Document with names and telephone numbers
3. Shoebox with marijuana stalks and residue

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

FILED
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____    02/15/08
U S Judge or Magistrate              Date

## ATTACHMENT A

### List of Items to be Seized at Premises

1. Paraphernalia for packaging, cutting, weighing and distributing illegal drugs, including but not limited to, scales, baggies, and cutting agents.

2. Firearms, firearm magazines, firearm attachments, ammunition, firearm parts and holsters as well as documentation of the purchase, storage, possession, disposition, dominion and control of firearms, including paperwork and receipts.

3. United States currency, precious metals, jewelry and financial instruments.

4. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

5. Address and telephone books and papers reflecting names, address and telephone numbers.

6. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money order and cashier's checks related to the obtaining, secreting, transfer, and concealment of assets and/or the expenditure of money.

7. Electronic equipment, such as mobile telephones, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, computers, and any information stored in memory or contained in any related hardware and software.

8. Photographs and/or video tapes, in particular, those photographs and/or video tapes of co-conspirators, assets, controlled substances, or of individuals with controlled substances and those that assist in identifying associates and conspirators.

9. Indicia of occupancy, residence, and ownership of the premises, including but not limited to, utility and telephone bills, mail matter, canceled envelopes, and keys.